# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DON KARL JURAVIN,

      Plaintiff,

v.                                         Case No:   6:24-cv-1525-PGB-LHP

DENNIS KELLEHER, PAUL
SIMONSON, JENNIFER SIMONSON,
JAMES RYAN, RYAN LAW GROUP,
P.A., JAMES TIMKO, DEAN MEAD
EGERTON BLOODWORTH
CAPOUANO & BOZARTH PA and
THE CLUB AT BELLA COLLINA,

      Defendants

---

## ORDER TO SHOW CAUSE

This cause comes before the Court upon review of the file. Plaintiff instituted this action by complaint filed on August 22, 2024. Doc. No. 1. To date, however, Plaintiff has not paid the filing fee, nor otherwise filed a motion to proceed *in forma pauperis*, *i.e.*, a motion to proceed without prepayment of certain costs, including the filing fee.

Accordingly, it is **ORDERED** that on or before **September 13, 2024**, Plaintiff shall **SHOW CAUSE** in writing why this matter should not be dismissed. It is

further **ORDERED** that on or before this same deadline, Plaintiff shall either pay the filing fee in full or file a motion to proceed *in forma pauperis*, which motion must be supported by a completed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form).[1]  **Failure to comply with this Order will result in a recommendation that the case be dismissed.**   *See* **Fed. R. Civ. P. 16(f); Local Rule 3.10.**

The Clerk of Court is **DIRECTED** to mail a copy of the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) to Plaintiff, along with a copy of this Order.

**DONE** and **ORDERED** in Orlando, Florida on August 30, 2024.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] The Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) is available on the Court's website, https://www.flmd.uscourts.gov, by selecting "For Litigants," and "Litigants Without Lawyers," and then selecting "Forms."